CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque, Esq., SBN 282673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No.: 2:21-cv-02967-ODW-AGR |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| SHRI GANESH SAI, LLC; and Does 1-10, | |
| Defendants, | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within sixty days.

Dated: November 28, 2022            CENTER FOR DISABILITY ACCESS

By:  /s/ Isabel Masanque
Isabel Masanque
Attorney for Plaintiff