CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Claire Cylkowski, Esq., SBN 335352
Zachary Best, Esq., SBN 166035
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
clairec@potterhandy.com
Attorneys for Plaintiff

Ashley N Arnett (SBN: 305162)
aarnett@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa Street,
Suite 3300 Los Angeles, CA 90017-5793
Telephone: 213-270-9628
Facsimile: 213-270-9601
Attorney for Defendants
Shri Ganesh Sai, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br>v.<br><br>SHRI GANESH SAI, LLC, a California Limited Liability Company; and Does 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-02967-ODW-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| Dated: March 10, 2023 | | CENTER FOR DISABILITY ACCESS |
| | By: | /s/ Claire Cylkowski |
| | | Claire Cylkowski |
| | | Attorneys for Plaintiff |
| Dated: March 10, 2023 | | SEYFARTH SHAW LLP |
| | By: | /s/ Ashley N Arnett |
| | | Ashley N Arnett |
| | | Attorney for Defendant |
| | | Shri Ganesh Sai, LLC |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ashley N Arnett, counsel for Shri Ganesh Sai, LLC, and that I have obtained authorization to affix her electronic signature to this document.
.

Dated: March 10, 2023            CENTER FOR DISABILITY ACCESS


            By:     /s/ Claire Cylkowski
                    Claire Cylkowski
                    Attorneys for Plaintiff